IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BLACK,

                              CASE NO.:

      Plaintiff,

v.

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, an Agency of the State
of Florida, and ASHLEY REAGLE,
in his individual capacity,

      Defendants.
_____/

## PETITION FOR REMOVAL

Defendants, FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and ASHLEY REAGLE, by and through the undersigned attorney, represents that:

1.     This action is brought pursuant to 42 U.S.C. § 1983 and common law of the state of Florida. These Defendants are parties in an action now pending in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, in which CHARLES BLACK, is the Plaintiff, and the causes of action stated in this Complaint are false arrest under Florida law, false arrest under 42 U.S.C. § 1983, and intentional infliction of emotional distress under Florida law.

2.     The complaint, Count II, states a claim of violation of 42 U.S.C. § 1983 for an alleged false arrest.

3.     This Court has jurisdiction by reason of the federal claims brought by the Plaintiff.

4.     Defendants desire to remove such action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division, and state that the matter became removable on October 27, 2023, the date that Defendant Reagle was served with a copy of the Complaint.

5.     With this Petition is filed a copy of the complete court file and the proceedings in state court constituting all process, pleadings and orders served upon this Defendant.

FLORIDA DEPARTMENT OF CORRECTIONS prays that such action be removed to the United States District Court for the Northern District of Florida, Tallahassee Division.

DATED this 11th day of November, 2023.

THOMPSON, CRAWFORD,
BROWN & SMILEY, P.A.


_____
THOMAS R. THOMPSON
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
Fax: (850) 386-8507
FLORIDA BAR NO. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing has been

sent by Electronic Filing to James V. Cook, Esq., at cookjv@gmail.com, this 11th

day of November, 2023.


/s/ Thomas R. Thompson

_____

Thomas R. Thompson, Esq.