IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BLACK,

                                                            CASE NO.:

    Plaintiff,

v.

FLORIDA DEPARTMENT OF
HIGHWAY SAFETY AND MOTOR
VEHICLES, an Agency of the State
of Florida, and ASHLEY REAGLE,
in his individual capacity,

    Defendants.
_____/

## NOTICE OF FILING

Defendants, FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES and ASHLEY REAGLE, by and through the undersigned attorney, hereby notifies this Court of the filing of the following documents:

1. Complaint filed by Plaintiff, Charles Black.

2. Summons issued and served upon "Officer Ashley Reagle."

3. Summons issued and served upon "Dave Kerner, Executive Director, Florida Department of Highway Safety & Motor Vehicles."

DATED this 11th day of November, 2023.

THOMPSON, CRAWFORD, BROWN & SMILEY

/s/Thomas R. Thompson

_____
THOMAS R. THOMPSON, ESQUIRE
Florida Bar No. 890596
tom@tcslawfirm.net
rebecca@tcslawfirm.net
MALLORY B. BROWN, ESQUIRE
Florida Bar No. 124039
mallory@tcslawfirm.net
1330 Thomasville Road
Tallahassee, FL 32303
(850) 386-5777
Fax: (850) 386-8507
ATTORNEYS FOR DEFENDANTS


CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been

sent by Electronic Filing to James V. Cook, Esq., at cookjv@gmail.com, this 11th

day of November, 2023.


/s/ Thomas R. Thompson

_____
Thomas R. Thompson, Esq.