UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BLACK,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, an Agency of the State of Florida, and ASHLEY REAGLE, in his individual capacity,

    Defendants.

CASE NO. 4:23-cv-00491-AW-MAF

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), the parties provide the following information:

**Rule 26(f) Conference.** Pursuant to Rule 26(f), the Parties conferred through counsel via conference call and electronic mail on December 5, 2023, identified as follows:

James V. Cook for Plaintiff;

Thomas R. Thompson for Defendants;

Mallory Bennet Brown for Defendants.

1. **Magistrate Judge Jurisdiction.** The parties have conferred.

2. **Nature and Basis of Claims and Defenses.**

(a) Plaintiff alleges that Defendants wrongfully performed or procured his imprisonment by stopping him at gunpoint without legal justification, causing severe injuries to Plaintiff herein.

(b) Defendants deny the allegations of the Complaint and assert the temporary detention of Plaintiff was reasonable and warranted under the circumstances and that there existed probable cause for same. Further concerning Count Three, Defendants did not act

1

recklessly or intentionally, nor was their conduct extreme and outrageous under the circumstances. Defendants reserve the right to assert further defenses upon any amendment of the Complaint in conformance with the Court's December 1, 2023, Order, and further dispute any damages claimed.

3. **Possibility of Settlement.**

The prospects for settlement are currently unknown. Settlement may be enhanced by mediation after the substantial completion of discovery.

4. **Proposed timetables and cutoff dates for joinder and amendments.**

   a. Parties should be allowed until **March 5, 2024**, to move to amend to join additional parties and to amend the pleadings.

5. **Discovery Plan.** The parties jointly propose the following discovery plan:

   a. All discovery will be completed by **June 5, 2024**.

   b. Reports retained from experts under Rule 26(a)(2) are due from Plaintiff by **April 5, 2024,** and from Defendants by **May 6, 2024**.

   c. Interrogatories, requests for admissions and requests for production should be governed by the applicable Federal Rules of Civil Procedure and the Local Rules of this Court due to the nature of and particular allegations set forth in the Complaint.

   d. The Parties propose that the number and length of depositions be in accordance with the Federal Rules of Civil Procedure.

   e. Any supplements to discovery are due to be made timely after discovery of the need to supplement and in accordance with Rule 26(e).

6. **Electronically Stored Information (ESI).**

   a. Disclosure or discovery of electronically stored information will be for

electronically stored information (ESI) as kept in the normal course of business or as otherwise agreed among the parties or ordered by the Court.

      b.      The parties agreed that electronic files shall be produced in native format, to the extent usable, in usable format, or as otherwise agreed. The parties currently have no reason to believe potentially discoverable electronic data has not been preserved.

      c.      The parties agree that if privileged data or documents are inadvertently produced, they will be returned and copies will be destroyed or treated as otherwise permitted by the Rules.

      d.      The parties will address issues of privilege with respect to discovery if and when such issues arise.

      e.      Counsel for each party shall direct their clients to initiate a "litigation hold" as to relevant sources of evidence, including an immediate suspension of any routine practice, policy or procedure of destroying any documents or data that are potentially relevant (including electronically stored records, such as email and instant messages); and preservation of such documents/data. The parties have a duty to preserve relevant evidence including paper documents and ESI, and that the litigation hold applies to such information on the parties' network servers, e-mail server, workstations, laptops, portable hard drives, and all other storage media, such as diskettes and CDs, as well as to all file types, including e-mail, word processing documents, spreadsheets and power point presentations.

      f.      The Parties may serve discovery requests and responses electronically.

      g.      This case should not be subject to the Manual for Complex Litigation.

7. **Proposed Trial Date.** The parties anticipate that, given their current calendars, they could be prepared for a trial in November 2024. Estimated five days.

8. **Other Items.**

    a.    The parties do not request a conference with the Court before entry of the Scheduling Order.

    b.    The parties request a Pretrial Conference as ordered by the Court.

    c.    The parties agree to service of discovery requests and responses by electronic means to the same addresses as noticed by the Court filing system.

    d.    Disclosures under Rule 26(a)(3) as ordered by the Court.

    e.    Parties should have one week after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

9. **Rule 26(a)(1) Disclosures.** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) on or before **December 19, 2023.**

10. **Summary Judgment.** The parties ask that dispositive and Daubert motions be filed by **June 26, 2024**.

    Respectfully submitted on December 7, 2023.

| | |
|---|---|
| */s/ James V. Cook* | */s/ Thomas R. Thompson* |
| JAMES V. COOK, ESQ. | THOMAS R. THOMPSON, ESQ. |
| Florida Bar No. 0966843 | Florida Bar No. 890596 |
| Law Office of James Cook 314 West Jefferson Street | tom@tcslawfirm.net |
| | rebecca@tcslawfirm.net |
| Tallahassee, FL 32301 | MALLORY B. BROWN, ESQ. |
| (850) 222-8080; 561-0836 fax | Florida Bar No. 124039 |
| cookjv@gmail.com | Thompson, Crawford, Brown & Smiley, P.A. |
| ATTORNEY FOR PLAINTIFF | mallory@tcslawfirm.net |
| | 1330 Thomasville Road |
| | Tallahassee, FL 32303 |
| | (850) 386-5777; |
| | Fax: (850) 386-8507 |
| | ATTORNEYS FOR DEFENDANT |