UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES BLACK,

    Plaintiff,

vs.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, an Agency of the State of Florida, and ASHLEY REAGLE, in his individual capacity,

    Defendant.

CASE NO. 4:23-cv-00491-AW-MAF

## NOTICE OF APPEAL

COMES NOW Plaintiff, CHARLES BLACK, through counsel, and appeals to the Eleventh Circuit Court of Appeals this Court's Final Judgment, rendered April 12, 2024 [ECF 23], granting Final Judgment to Defendants.

Respectfully submitted on 5/9/24,   *s/James V. Cook*
                                                              JAMES V. COOK, FBN 966853
                                                              Law Office of James Cook
                                                               314 West Jefferson Street
                                                               Tallahassee, Florida 32301
                                                               (850) 222-8080; 561-0836 fax
                                                               cookjv@gmail.com

I CERTIFY the foregoing was filed electronically on 5/9/24 to counsel of record registered to be notified by the CM/ECF electronic mail system.

                                                                                   *s/James V. Cook*
                                                                                  JAMES V. COOK